FILED

03/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0516

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**No. DA 21-0516**

THERMAL DESIGN, INC., a
Nebraska Corporation,

    *Plaintiff, Counterclaim
Defendant, and Appellee,*

v.

MARK DUFFY, an individual;
PAM DUFFY, an individual;
CENTRAL COPTERS, INC., a
Montana corporation,

    *Defendants, Counterclaim
Plaintiffs, and Appellants,*

STEVE THORSON, an
individual, d/b/a TNT BUILDING
SYSTEMS, a general
partnership; TRAVIS
THORSON, an individual, d/b/a
TNT BUILDING SYSTEMS, a
general partnership;

    *Defendants, Crossclaim
Defendants, and Appellees.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**ORDER**

Appellee Thermal Design, Inc. has filed a motion under Montana
Rule of Appellate Procedure 26(1) for an extension of the deadline to file
its answer brief up to and including May 2, 2022.

IT IS ORDERED that Thermal Design's motion is GRANTED.

Thermal Design shall file its answer brief on or before May 2, 2022.

Dated this ___ day of March, 2022.

_____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 11 2022